CO-386-online
10/03

# United States District Court
# For the District of Columbia

Carney Hospital Transitional )
Care Unit )
)
)
         Plaintiff )
    vs )          Civil Action No._____
)
Michael O. Leavitt, in his Off: )
Capacity as Secretary of the )
U.S. Department of Health and )
Human Services   Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for ____Plaintiff____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of ____Plaintiff____ which have

any outstanding securities in the hands of the public:

   None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

| 412192 | Thomas B. Smith |
|---|---|
| BAR IDENTIFICATION NO. | Print Name |
|  | Ropes & Gray LLP |
|  | 700 12th Street, NW, Suite 900 |
|  | Address |
|  | Washington, DC   20005 |
|  | City      State      Zip Code |
|  | 202-508-4600 |
|  | Phone Number |