AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE April 4, 2007 |
| NAME OF SERVER *(PRINT)* Sophia Antzoulatos | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by certified mail in accordance with FRCP 4(i)(1)(A) upon :
United States Attorney's Office c/o Civil Process Clerk
555 4th Street, NW
Washington, DC 20530

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/4/07
             Date          Signature of Server

Ropes & Gray LLP, 700 12th Street, NW, Suite 900,
Washington, DC 20005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Carney Hospital Transitional Care Unit
2100 Dorchester Avenue
Boston, MA 02124-5666

**SUMMONS IN A CIVIL CASE**

V.

Michael O. Leavitt, in his Official Capacity
as Secretary of the United States
Department of Health and Human Services
200 Independence Ave, SW
Washington, DC 20001

CASE NUMBER  1:06CV02234

JUDGE: Royce C. Lamberth

DECK TYPE: Administrative Agency Rev

DATE STAMP: 12/28/2006

TO: (Name and address of Defendant)

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas B. Smith
Ropes & Gray LLP
700 12th Street, NW
Suite 900
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____sixty (60)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 2 8 2006

CLERK                                DATE

_____
(By) DEPUTY CLERK