AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | April 9, 2007 (received). See attached USPS delivery record |
| NAME OF SERVER (PRINT) Sophia Antzoulatos | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   Served by certified mail in accordance with FRCP 4(i)(2)(A) upon :
Michael O. Leavitt c/o General Counsel
Department of Health and Human Services
200 Independence Ave. SW, Washington, DC 20201

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/17/07
            Date         Signature of Server

Ropes & Gray LLP, 700 12th Street, NW, Suite 900, Washington, DC 20005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): LAURENCE   C. Date of Delivery: 4-9-07 |
| 1. Article Addressed to:<br><br>General Counsel Office<br>Department of Health and Human Services<br>200 Independence Ave, SW<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 6390 0001 4749 7071 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540