UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARNEY HOSPITAL TRANSITIONAL CARE UNIT, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. Action No. 06-2234 (RCL) |
| | ) | ECF |
| MICHAEL O. LEAVITT, Secretary, United States Department of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) | |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

                            Respectfully submitted,

                            /s/

                            MEGAN L. ROSE, NC Bar # 28639
                            Assistant United States Attorney
                            Judiciary Center Building
                            555 Fourth Street, N.W.
                            Washington, D.C. 20530
                            (202) 514-7220
                            (202) 514-8780 (fax)
                            Megan.Rose@usdoj.gov