UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARNEY HOSPITAL TRANSITIONAL CARE UNIT,        )<br>)<br>Plaintiff,        )<br>)<br>v.        )<br>)<br>MICHAEL O. LEAVITT,        )<br>)<br>Defendant.        ) | Case No. 1:06-cv-2234-RCL |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Plaintiff Carney Hospital Transitional Care Unit ("Carney TCU"), by and by and through its attorneys, hereby informs the Court that Thomas B. Smith of Ropes & Gray LLP is withdrawing as counsel of record for the Plaintiff in the above-captioned matter, and Peter M. Brody of Ropes & Gray LLP is being substituted as counsel of record. Pursuant to Local Civil Rule 83.6(a) this is notice of Mr. Brody's appearance in this matter on behalf of Plaintiff Carney TCU.

Counsel further represent that counsel for defendant has been consulted in this matter, and has no objection to said withdrawal and substitution of counsel.

Respectfully submitted,

/s/ Peter M. Brody
Peter M. Brody
ROPES & GRAY LLP
One Metro Center
700 12th Street, NW
Washington, DC 20005-3948
Tel: 202-508-4600
Fax: 202-508-4650

7269629_2.DOC

                                              /s/ Thomas B. Smith
                                              Thomas B. Smith
                                              ROPES & GRAY LLP
                                              One Metro Center
                                              700 12th Street, NW
                                              Washington, DC  20005-3948
                                              Tel: 202-508-4600
                                              Fax: 202-508-4650

Dated:  August 21, 2007

**CERTIFICATE OF SERVICE**

      On August 21, 2007 the above Notice of Withdrawal and Substitution of Counsel was served through ECF upon all parties.

                                              /s/ Peter M. Brody
                                              Peter M. Brody