UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARNEY HOSPITAL TRANSITIONAL CARE UNIT,**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL O. LEAVITT, SECRETARY, HEALTH AND HUMAN SERVICES,**<br><br>**Defendant.** | Case No: 06-2234 (RCL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher B. Harwood as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: December 6, 2007          Respectfully submitted,

  /s/
MEGAN L. ROSE, NC Bar No. 28639

  /s/
CHRISTOPHER B. HARWOOD
N.Y. Bar No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372