UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARNEY HOSPITAL | ) | |
| TRANSITIONAL CARE UNIT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-2234 (RCL) |
| | ) | |
| MICHAEL O. LEAVITT, Secretary | ) | |
| U.S. Department of Health | ) | |
| and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER

Upon consideration of Defendant's motion to dismiss, plaintiff's opposition thereto, and

the entire record herein, it is hereby

ORDERED that defendant's motion is GRANTED, and it is

FURTHER ORDERED that this action is DISMISSED for the reasons that will be set forth

in a memorandum to be filed shortly.

Dated: March 31, 2008                    ____/s/_____

ROYCE C. LAMBERTH
United States District Judge